```
                                              FILED IN THE
                                            UNITED STATES
                                           BANKRUPTCY COURT
                                            2010 SEP 22 AM 10:53
                                            DISTRICT OF UTAH
```

Gary E. Jubber, Trustee (A1758)
Chapter 7 Trustee
215 South State Street
Suite 1200
Salt Lake City, Utah 84111-2323

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | Bankruptcy No. 10-20015 WTT Chapter 7 |
|---|---|
| FIKRET PIRAGIC and IVANKA PIRAGIC, | **DEPOSIT OF FUNDS FOR SMALL CLAIMS** |
| Debtors. | |

Gary E. Jubber, the duly-appointed and acting Trustee of the above-captioned bankruptcy estate, represents to the Court that:

1. The Trustee has filed his Final Report and has prepared the final distribution checks to creditors.

2. The following creditors were to have received a 3.25% distribution on their claims. The distributions were less than $5.00; therefore, the Trustee is depositing the funds into the unclaimed funds registry.

| Claim No. | Creditor/Address | Distribution |
|---|---|---|
| 4 | Mountain West Anesthesia P.O. Box 3570 Salt Lake City, UT 84110 | $3.25 |
| 5 | Mountain West Anesthesia P.O. Box 3570 Salt Lake City, UT 84110 | $3.30 |

3. A check in the amount of $6.55 representing said unclaimed funds has been made payable to the U.S. Bankruptcy Court and is attached hereto.

DATED this _21_ day of September, 2010.

_____
Gary E. Jubber, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on the _22_ day of September, 2010, I served the foregoing Deposit of Funds for Small Claims upon the following party in interest by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

U.S. Trustees Office
Ken Garff Building
405 S. Main Street
Suite 300
Salt Lake City, UT 84111

_____